May 4, 1977

373 A.2d 1113

Baker v. Baker, Appellant.

 Argued March 16, 1977. D. Reed Anderson, with him William C. Gierasch, Jr., for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

373 A.2d 1113

Basore v. Verbos et al., Appellants.

Argued March 15, 1977. Elliot A. Strokoff, with him Ira H. Weinstock, for appellants; C. Joseph Rehkamp, for appellee.

Judgments affirmed.